UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Linae M. Nesbitt
                                    Plaintiff,
v.                                                          Case No.: 1:25−cv−02018
                                                            Honorable Sunil R. Harjani
Chicago Housing Authority
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 13, 2025:

MINUTE entry before the Honorable Sunil R. Harjani: By order of the Court [19], Plaintiff was directed to either pay the filing fee or refile the application by 10/7/2025, and failure to do so may result in dismissal of this case. As of the date of this order, Plaintiff has not paid the filing fee. As a result, this case is dismissed without prejudice. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.